BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

MARK R. CONRAD (CABN 255667)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
Fax: (415) 436-6748
mark.conrad@usdoj.gov

Attorneys for Defendant

FILED
2016 FEB -4 A 10:45
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
N.D. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SK

| | |
|---|---|
| IN RE LETTERS ROGATORY FROM THE FEDERAL COURT OF FIRST INSTANCE NO. 2 FROM MENDOZA, ARGENTINA | CASE NO. CV 16 80 027 MISC |
| | **DECLARATION OF MARK R. CONRAD IN SUPPORT OF APPLICATION FOR APPOINTMENT OF COMMISSIONER PURSUANT TO 28 U.S.C. § 1782** |

I, Mark R. Conrad, declare as follows:

1. I am an Assistant United States Attorney and represent the United States of America in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the Application for Appointment of Commissioner Pursuant to 28 U.S.C. § 1782, filed concurrently herewith. The matters stated in this declaration are true of my own knowledge or based upon information and belief as a result of my review of the file in this matter. If necessary I could and would competently testify to them.

2. Pending before the Court is an application submitted by the United States Attorney's Office on behalf of the Federal Court of First Instance No. 2 of Mendoza, Argentina, for this Court to issue an order pursuant to 28 U.S.C. § 1782 appointing a Commissioner to obtain records and/or information and/or testimony in connection with a request for international judicial assistance. The United States Attorney requests that the Court appoint Mark R. Conrad, Assistant United States Attorney, as Commissioner and authorize AUSA Conrad to obtain records and/or information and/or testimony from Intel Corporation, as successor to McAfee, Inc., which are corporations currently or formerly headquartered within the jurisdiction of this Court. The documents supporting this application are described below and attached hereto as exhibits.

3. Attached hereto as **Exhibit A** is a true and correct copy of the letters rogatory issued on November 6, 2014, by the Federal Court of First Instance No. 2 of Mendoza, Argentina ("Letters Rogatory"). Attached hereto as **Exhibit B** is a true and correct copy of a certified English translation of the Letters Rogatory. The Letters Rogatory request that this Court obtain testimony and/or documents and/or information regarding the existence, extent, and validity of a software license by McAfee, Inc., to Flowserve SRL, between 2004 and 2006. Attached hereto as **Exhibit C** is a true and correct copy of certain materials that were enclosed with the Letters Rogatory, which pertain to the software license(s) about which the Argentinian court is seeking information.

4. The Letters Rogatory were received by the Office of International Judicial Assistance in the Department of Justice, which referred the Argentinian court's request to the U.S. Attorney's Office for the Northern District of California.

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter that I sent on January 14, 2016, to a representative of Intel Corporation with whom I had previously spoken about the Argentinian court's request. On January 29, 2016, in response to this letter, I received a telephone call from counsel for Intel Corporation indicating that the company would respond to a subpoena for documents and, in fact, was searching for documents pertaining to the subject matter of the Letters Rogatory, in anticipation of a production that could be made upon the issuance of a duly authorized subpoena for such documents.

6. A copy of this declaration, the Application for Appointment of Commissioner Pursuant to 28 U.S.C. § 1782, and the Proposed Order Granting Application for Appointment of Commissioner Pursuant to 28 U.S.C. § 1782, will be served on Intel Corporation through their counsel at the law firm of WilmerHale, as of the date of their filing with this Court.

7. Pursuant to 28 U.S.C. § 1782(a), the United States of America thus requests that the Court appoint Assistant United States Attorney Mark R. Conrad to act as Commissioner with respect to the Letters Rogatory and to authorize AUSA Conrad to issue subpoenas to obtain records and/or information and/or testimony from Intel Corporation, in compliance with the Letters Rogatory, and to take all steps reasonably necessary for the accomplishment of the goals described in the Letters Rogatory.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 4th day of February 2016, in San Francisco, California.

[signature]

MARK R. CONRAD
Assistant United States Attorney