# Exhibit A

24

**EXHORTO**

Mendoza, 06 de noviembre de 2014

Olga Arrabal de Canals, Juez Federal de Primera Instancia de la Provincia de Mendoza, a cargo del Juzgado Federal Número Dos, Secretaría Número Cuatro, Provincia de Mendoza, República Argentina.

Al señor Juez que corresponda, con jurisdicción y competencia en el Estado de California, Estados Unidos de América

S / D.

JUZGADO FEDERAL N° 2 * MENDOZA *

**SALUDA, EXHORTA Y HACE SABER:**

Que por ante el Juzgado Federal de Primera Instancia de Mendoza N° 2, a mi cargo, Secretaria N° 4, a cargo de la Dra. Gabriela Pons Riili, con sede en la calle San Juan 243 de la Ciudad de Mendoza, Provincia de Mendoza, República Argentina, tramita el expediente judicial: **"FLOWSERVE S.R.L. c/ AFIP-DGI p/ CONTENCIOSO ADMINISTRATIVO" (Expte. N° 24040319/2011)** en el cual la suscripta es competente en razón de materia y jurisdicción y he dispuesto librar la presente rogatoria a fin de que Ud. tenga a bien dirigirla a la firma McAfee Inc., con domicilio en 3965 Freedom Circle, Santa Clara, California 95054-0963, Estado de California, Estados Unidos de América, para que informe si ha otorgado la Licencia de Software Antivirus McAfee que surge de la documentación adjuntada en copia a la demanda de Impugnación que originó el expediente referido y que aquí se acompaña en 8 fojas. En caso afirmativo, se expida sobre su vigencia durante los años 2004 a 2006.

La resolución que ordena esta medida dice, en su parte pertinente: *"Mendoza, 16 de Mayo de 2014. Como se solicita, señálese el **PLAZO DE TREINTA (30)** días para sustanciar las pruebas ofrecidas por las partes, y proveyendo **LAS DE LA ACTORA (ver fs. 27/vta./30)**: (...) **A la informativa:** Ofíciese a los fines establecidos en el punto III Apart. A y B (...) Firmado: Olga Pura Arrabal. Juez Federal".*

El presente exhorto se libra dentro del marco de la CONVENCIÓN SOBRE LA OBTENCIÓN DE PRUEBAS EN EL EXTRANJERO EN MATERIA CIVIL O COMERCIAL, aprobado por Argentina mediante Ley N° 23.480 sancionada el 31 de Octubre de 1986.

Se deja constancia de la siguiente información:

a) TRIBUNAL REQUIRENTE: Juzgado Federal de Primera Instancia de Mendoza N° 2, Secretaria N° 4; sito en calle San Juan 243 de la Ciudad de Mendoza, Provincia de Mendoza, República Argentina.



GABRIELA PONS RIILI
SECRETARIO

OLGA PURA ARRABAL
JUEZ FEDERAL

b) JUEZ REQUIRENTE: Dra. Olga Pura Arrabal; Juez Federal de Primera Instancia de Mendoza N° 2.

c) ACTOR: FLOWSERVE S.R.L. C.U.I.T. N° 30-50492558-3

d) DEMANDADO: Administración Federal de Impuestos – Dirección General Impositiva.

e) APODERADO DEL SOLICITANTE: Eduardo Represas, D.N.I. 4.981.915.

f) NOMBRE Y DOMICILIO DEL OFICIADO EN ESTADOS UNIDOS: McAfee Inc., con domicilio en 3965 Freedom Circle, Santa Clara, California 95054-0963, Estado de California, Estados Unidos de América.

g) CARATULA DEL EXPEDIENTE: "FLOWSERVE S.R.L. c/ AFIP-DGI p/ CONTENCIOSO ADMINISTRATIVO" (Expte. N° 24.40319/2011).

h) NATURALEZA DEL PROCESO: Juicio Ordinario.

i) OBJETO DEL PROCESO: Impugnación de actos administrativos (art. 23 de la Ley 19.549) dictados por la Administración Federal de Impuestos – Dirección General Impositiva que rechazaron solicitudes de reconocimiento de saldos a favor del Impuesto al Valor Agregado efectuadas por Flowserve S.R.L.

a) BREVE DESCRIPCIÓN DE LOS HECHOS: Al conformar Flowserve S.R.L. bajo protesto la impugnación efectuada por la Administración Federal de Ingresos Públicos–Dirección General Impositiva ,a la deducción de determinados gastos que la Compañía efectuó al liquidar el Impuesto a las Ganancias de los períodos fiscales 2004, 2005 y 2006, procedió en fecha 28/12/2010 a solicitar la restitución del importe de ese impuesto que ingresó al Organismo Fiscal mencionado mediante compensación -y en su entendimiento en exceso- para cancelar dicho ajuste. Mediante Resolución N° 11/2011 (DV RRME) de fecha 01/06/2011 el Organismo Fiscal denegó la solicitud. Interpuesto en fecha el 30/06/2011 Recurso Administrativo contra ésta denegatoria, mediante Resolución N° 29/2011 (DV RRME) del 16/08/2011, el Organismo Fiscal ratificó la denegatoria recurrida. Contra a esta Resolución, el 27/12/2011 Flowserve S.R.L. promovió demanda de impugnación ante la Justicia Federal de Primera Instancia de la Provincia de Mendoza a fin de que se la deje sin efecto y se ordene en consecuencia la restitución del importe ingresado en exceso, con más los intereses resarcitorios que corresponden por derecho. En el marco de esa demanda, acompañó y ofreció diversos medios probatorios, entre los que se encuentran la "prueba informativa" que motiva esta rogatoria.

212

Dado y firmado en la sala de mi público despacho, a los días del mes de de 2014.

Ruego a Ud. el fiel cumplimiento de la presente, ofreciendo reciprocidad para casos análogos.

Sin otro particular, saludo a Ud. Atte.

JUZGADO FEDERAL Nº 2 MENDOZA

GABRIELA PONS RULI
SECRETARIO
JUZGADO FEDERAL Nº

OLGA PURA ARRABAL
JUEZ FEDERAL