BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

MARK R. CONRAD (CABN 255667)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    Fax: (415) 436-6748
    mark.conrad@usdoj.gov

Attorneys for Defendant

RECEIVED
2016 FEB -4 A 10: 44
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LETTERS ROGATORY FROM THE FEDERAL COURT OF FIRST INSTANCE NO. 2 FROM MENDOZA, ARGENTINA | CASE NO. CV 16 80 027 MISC  SK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT OF COMMISSIONER PURSUANT TO 28 U.S.C. § 1782 |

ORDER APPOINTING COMMISIONER
Case No. MISC _____

## [PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT PURSUANT TO 28 U.S.C. § 1782

Pending before the Court is an application submitted by the United States Attorney, on behalf of the Federal Court of First Instance No. 2 of Mendoza, Argentina, for an order of the Court pursuant to 28 U.S.C. § 1782. The United States Attorney requests that the Court appoint Mark R. Conrad, Assistant United States Attorney, as Commissioner and authorize AUSA Conrad to obtain records and/or information and/or testimony from Intel Corporation, as successor to McAfee, Inc., in conformity with the Letters Rogatory issued by the Argentinian Court on November 6, 2014, in connection with the litigation matter captioned *Flowserve S.R.L. v. AFIP-DGI*.

The Court has reviewed the documents supporting this request for international judicial assistance as attached to the Declaration of Mark R. Conrad, the application of the United States and memorandum in support thereof, and is informed of the grounds upon which the Letters Rogatory and application are based.

Pursuant to the power conferred on it under 28 U.S.C. § 1782, the Court hereby ORDERS that AUSA Mark R. Conrad is appointed as Commissioner, that AUSA Conrad is authorized to issue subpoenas to obtain the records and/or information and/or testimony from Intel Corporation, as successor to McAfee, Inc., in compliance with the Letters Rogatory, and that AUSA Conrad is authorized to take all steps reasonably necessary for the accomplishment of the Letters Rogatory and the fulfillment of the request of the Federal Court of First Instance No. 2 of Mendoza, Argentina.

**IT IS SO ORDERED.**

Dated: February 4, 2016

_/s/ Sallie Kim_
United States Magistrate Judge

ORDER APPOINTING COMMISIONER        - 1 -
Case No. MISC _____